MICHELE RUSSO, Appellant, *v.* THOMAS CRIMMINS CONTRACTING Co., Respondent, et al., Defendants.

Submitted April 16, 1943; decided May 27, 1943.

800

*Charles Glatzer* for appellant.

*John V. Downey, James B. McNally* and *Samuel Rudykoff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.